UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| HAROLD A. WALKER | ) | |
| | ) | |
| v. | ) | NO. 2:12-CV-221 |
| | ) | |
| CAVALRY PORTFOLIO SERVICES, LLC, *ET AL* | ) ) | |

## **O R D E R**

This Fair Debt Collection Practices Act matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated February 21, 2013. [Doc. 21]. The Magistrate Judge recommends that the defendants' motion to dismiss based upon plaintiff's failure to timely respond to defendants' discovery requests, and plaintiff's refusal to comply with the order of this court be granted. The plaintiff has not filed any objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, the defendants' motion to dismiss, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendants' motion to dismiss is **GRANTED,** [Doc. 13], and the plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE